[No. 14566-5-I.   Division One.   August 25, 1986.]

EDWARD ANDERSON, ET AL, *Respondents,* v. RONALD
ARCHER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Island
County, No. 14575, Richard L. Pitt, J., entered March 9,
1984. *Reversed* and *remanded* by unpublished opinion per
Williams, J., concurred in by Scholfield, C.J., and Coleman,
J.

[No. 16454-6-I.   Division One.   August 25, 1986.]

*In the Matter of* RANDELL E. COX.

KATHLEEN MARIE COX, *Appellant,* v. THE DEPARTMENT
OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 83-1-01191-2, Shannon Wetherall, J., entered
April 9, 1985. *Affirmed* by unpublished opinion per Ring-
old, J., concurred in by Scholfield, C.J., and Williams, J.

[No. 14867-2-I.   Division One.   August 25, 1986.]

ANDRE LOPEZ, ET AL, *Appellants,* v. NAVARRO
JOURNEE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 83-2-04793-5, William C. Goodloe, J., entered
May 10, 1984. *Affirmed* by unpublished opinion per Ring-
old, A.C.J., concurred in by Coleman and Webster, JJ.